### Case No. 14,512.

### UNITED STATES v. BANCROFT.

Circuit Court, S. D. New York.

[Affirming Case No. 14,513. Nowhere reported; opinion not now accessible.]